IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02533-WYD

DOUGLAS ALLEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

THIS MATTER comes before the Court on the "Dismissal Without Prejudice" filed April 12, 2016.  (ECF No. 25).  After carefully reviewing the file in this matter, I find that the stipulated filing should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed without prejudice.  Accordingly, it is ORDERED that the Dismissal Without Prejudice (ECF No. 21) is **APPROVED**.  This matter is **DISMISSED WITHOUT PREJUDICE**.

    Dated:  April 12, 2016

                                  BY THE COURT:

                                  s/ *Wiley Y. Daniel*
                                  Wiley Y. Daniel,
                                  Senior United States District Judge